# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00029-CR

**Robert Wayland Hernlund, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 05-0773-1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The Court has received a supplemental clerk's record containing a copy of Robert Wayland Hernlund's letter to the county court at law stating that he does not wish to pursue this appeal. The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed

Filed:   August 29, 2006

Do Not Publish